FLOYD CLARK, Respondent, v. FRANKLIN N. STOWELL, Appellant, Impleaded with Others, Defendants.— Motion for reargument and to amend judgment denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HELENA F. COLLINS, Appellant, v. CENTRAL TRUST COMPANY OF ROCHESTER, N. Y., and FRANK X. KELLY, as Executors, etc., of J. RAYMOND KELLY, Deceased, Respondents.— Motion to resettle order entered June 27, 1929, denied, with ten dollars costs, upon the ground that leave to make another application for a new trial on the ground of newly-discovered evidence is not necessary. (*Atkinson* v. *Atkinson*, 217 App. Div. 96; *Jaquish* v. *Kelly*, 165 id. 847.) Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

PERCIVAL G. BIXBY, Respondent, v. HENRY A. WALTER and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ALVIN ZIMMERMAN, Appellant, v. FOREST J. BRAINARD, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INCORPORATED, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARY FILIZOF, Respondent, v. ALEX LYSWAH, Appellant.— Appeal dismissed, with costs, for failure of appellant to comply with order made March 15, 1927. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HARRY K. MORTON, Respondent, v. THOMAS KENNEDY, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of FRED BENNETT and Another, for a Peremptory Order of Mandamus against THOMAS J. KENNEDY, Overseer of the Poor of the Town of Seneca Falls, New York.— Motion granted and appeal dismissed with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOHN F. DOWNING, Appellant, v. 870 LAFAYETTE AVENUE, INCORPORATED, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JAMES W. FIELDING, an Infant, etc., Respondent, v. DENNIS P. O'DOWD, Appellant.— Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs by October twentieth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ELMER C. MINNICH and Another, Doing Business under the Firm Name and Style of THE ELLICOTT PRESS, Respondents, v. JAMES P. COTTER, as Commander of Erie County Committee, American Legion, Appellant, Impleaded with Another. — Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs by October twentieth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.